Roy HUNT, Jr., Plaintiff—Appellant,

v.

SANDHIR, M.D., Powhatan Correctional Center; Thompson, M.D., Wallens Ridge State Prison; Lucy Dossett, M.D., International Radiology Group, LLC; Stanford, Registered Nurse, Wallens Ridge State Prison; Collins, Registered Nurse, Wallens Ridge State Prison; Clark, Registered Nurse, Wallens Ridge State Prison; Brown, Correctional Officer Sergeant, Wallens Ridge State Prison; David Robinson, Warden, Wallens Ridge State Prison; Fred Schilling, Health Service Director; King, M.D.; A. Warren, Defendants—Appellees,

and

John Doe, on 2/23/06 M.D., Powhatan Correctional Center; A.J. Unknown, on 2/2/06, M.D., Powhatan Correctional Center, Defendants.

No. 09–7315.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 26, 2010.

Decided: Feb. 9, 2010.

Roy Hunt, Jr., Appellant Pro Se. Carlene Booth Johnson, Perry Law Firm, PC, Dillwyn, Virginia; Rodney Seth Dillman, Hancock, Daniel, Johnson & Nagle, PC, Virginia Beach, Virginia; Susan Bland Curwood, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Hunt, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hunt v. Sandhir*, No. 3:06–cv–00539–RLW (E.D. Va. June 30, 2009). We deny Hunt's motions for appointment of counsel and summary disposition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*